Case No.: **1:24-cv-02551-VMS**

| | |
|---|---|
| **Samuel Lopez**, <br>     Plaintiff, <br> vs. <br><br> **277 Bedford LLC** and <br> **Blank Street INC**, <br>     Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT 277 BEDFORD LLC** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *with prejudice*, against Defendant, 277 Bedford LLC and Defendant Blank Street INC.

Dated: July 12, 2024.

s/Maria Costanza Barducci
Maria-Costanza Barducci (Bar No. 5070487)
   *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com