UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-02551-VMS**

**Samuel Lopez**,
        Plaintiff,
vs.

**277 Bedford LLC** and
**Blank Street INC**,
        Defendants.

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: July 12, 2024

By: */s  Maria-Costanza Barducci*
Maria-Costanza Barducci, Esq.
BARDUCCI LAW FIRM PLLC.
5 West 19th St., 10th Fl.
New York, NY 10011
Telephone: (212) 433-2554
mc@barduccilaw.com
*Attorneys for Plaintiff*

By: */s  Jason S. Samuels*
Jason S. Samuels
Polsinelli PC
600 Third Avenue
42nd Floor
New York, NY 10016
646-289-6515
Fax: 917-677-8149
Email: jsamuels@polsinelli.com

cc: Via CM/ECF